JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO T. G., | Case No. 2:24-cv-02744 ADS |
| Plaintiff, | |
| v. | JUDGMENT |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith, IT IS HEREBY ADJUDGED that the decision of the Commissioner of Security is affirmed, and this matter is dismissed with prejudice.

Dated: September 15, 2025          /s/ Autumn D. Spaeth
                                                        HONORABLE AUTUMN D. SPAETH
                                                        United States Magistrate Judge